**PRISONER CASE**

R

M HW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

FILED
APR 1 0 2008
4-10-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** United States of America ex rel. MILTON JONES

**Defendant(s):** TERRY MCCANN, etc.

**County of Residence:** WILL

**County of Residence:**

**Plaintiff's Address:**

Milton Jones
R-29598
Stateville
P.O. Box 112
Joliet, IL 60434

**Defendant's Attorney:**

Chief of Criminal Appeals
Illinios Attorney General's Office
100 West Randolph - 12th Floor
Chicago, IL 60601

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**08CV2057
JUDGE BUCKLO
MAG. JUDGE ASHMAN**

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2254

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** A. E. Woodham      **Date:** 04/10/2008

Bucklo   06C5922
Ashman