## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2057 | **DATE** | 4/22/08 |
| **CASE TITLE** | U.S. ex rel. Milton Jones # R29598 v. McCann | | |

**DOCKET ENTRY TEXT:**

    Petitioner has now paid the filing fee. Respondent is ordered to answer or otherwise plead within 20 days of this order being entered on the court's docket. Status hearing set for 7/9/08 at 9:30 a.m.

■ [ For further details see text below.]      Docketing to mail notices.

### STATEMENT

    Petitioner is instructed to file all papers concerning this action with the Clerk of Court in care of the Prisoner Correspondent. In addition, petitioner must send an exact copy of any filing to the Attorney General, in care of Chief, Criminal Appeals Division, Office of the Attorney General, 100 West Randolph Street, 12th Floor, Chicago, Illinois 60601. The original paper filed with the Prisoner Correspondent must include a certificate of service stating to whom exact copies were sent and the date of mailing. Any paper that is sent directly to the judge or otherwise fails to comply with these instructions may be disregarded by the court or returned to petitioner.

| | Courtroom Deputy Initials: | ste |
|---|---|---|