7/18/02

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

FILED
MAY 2 2008 aew
May 2, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT**

Milton Jones R29598
_Plaintiff_

v.

Terry McCann
_Defendant(s)_

CASE NUMBER  08C2057
JUDGE  Bucklo

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, Milton Jones R29598, declare that I am the ☒plaintiff ☐petitioner ☐movant (other _____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒Yes  ☐No  (If "No," go to Question 2)
   I.D. # R29598  Name of prison or jail: Stateville Corr Center
   Do you receive any payment from the institution? ☒Yes ☐No  Monthly amount: $10.00

2. Are you currently employed? ☐Yes ☒No
   Monthly salary or wages: None
   Name and address of employer: None

   a. If the answer is "No":
      Date of last employment: 2001 July
      Monthly salary or wages: $400.00 week
      Name and address of last employer: Home Self Employed

   b. Are you married?  ☒Yes  ☐No
      Spouse's monthly salary or wages: don't know
      Name and address of employer: don't know

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages                                          ☐Yes  ☒No
      Amount _____  Received by Milton Jones

b.  ☐ Business, ☐ profession or ☐ other self-employment        ☐Yes    ☒No
Amount_____ Received by_____

c.  ☐ Rent payments, ☐ interest or ☐ dividends        ☐Yes    ☒No
Amount_____ Received by_____

d.  ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                      ☐Yes    ☒No
Amount_____ Received by_____

e.  ☐ Gifts or ☐ inheritances                         ☐Yes    ☒No
Amount_____ Received by_____

f.  ☐Any other sources (state source:_____)  ☐Yes    ☒No
Amount_____ Received by_____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?    ☐Yes    ☒No    Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?                      ☐Yes    ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐Yes    ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                                                      ☐Yes    ☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents
_____
_____

Date: 4/22/2008
Time: 9:26am
d_list_inmate_trans_statement_composite

**Stateville Correctional Center**
**Trust Fund**
Inmate Transaction Statement

REPORT CRITERIA - Date: 01/01/2008 thru End; Inmate: R29598; Active Status Only ? : No; Print Restrictions ? : Yes; Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include Inmate Totals ? : Yes; Print Balance Errors Only ? : No

**Inmate: R29598 Jones, Milton**  **Housing Unit: STA-C-10-57**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 269.62 |
| 01/04/08 | Mail Room | 10 Western Union | 004200 | 8132210670 | COLMAN, ELIZABETH | 100.00 | 369.62 |
| 01/04/08 | Disbursements | 88 medical records | 004390 | Chk #137994 | C0103009, Cermak Health Servic, Inv. Date: 01/03/2008 | -10.00 | 359.62 |
| 01/04/08 | Point of Sale | 60 Commissary | 0047137 | 519850 | Commissary | -60.76 | 298.86 |
| 01/09/08 | Payroll | 20 Payroll Adjustment | 009190 | | P/R month of 12/2007 | 8.16 | 307.02 |
| 01/11/08 | Point of Sale | 60 Commissary | 0117142 | 520787 | Commissary | -40.74 | 266.28 |
| 01/21/08 | Point of Sale | 60 Commissary | 021783 | 522317 | Commissary | -37.93 | 228.35 |
| 01/29/08 | Point of Sale | 60 Commissary | 0297137 | 523210 | Commissary | -35.49 | 192.86 |
| 02/04/08 | Point of Sale | 60 Commissary | 035783 | 523925 | Commissary | -32.91 | 159.95 |
| 02/05/08 | Mail Room | 10 Western Union | 036200 | 1941194739 | COLMAN, ELIZABETH | 100.00 | 259.95 |
| 02/08/08 | Payroll | 20 Payroll Adjustment | 039190 | | P/R month of 01/2008 | 10.00 | 269.95 |
| 02/11/08 | Point of Sale | 60 Commissary | 0427137 | 525130 | Commissary | -50.04 | 219.91 |
| 02/13/08 | Disbursements | 88 payment for file# 05-0237 | 044390 | Chk #138786 | C0211019, City Of Chicago Dept, Inv. Date: 02/11/2008 | -1.82 | 218.09 |
| 02/16/08 | Mail Room | 10 Western Union | 047200 | 7494656823 | JONES, CHAVELLA | 40.00 | 258.09 |
| 02/18/08 | Point of Sale | 60 Commissary | 0497137 | 526269 | Commissary | -29.41 | 228.68 |
| 02/29/08 | Disbursements | 84 Library | 060390 | Chk #139059 | C0227055, DOC: 523 Fund Librar, Inv. Date: 02/27/2008 | -.60 | 228.08 |
| 03/03/08 | Point of Sale | 60 Commissary | 0637137 | 527612 | Commissary | -58.00 | 170.08 |
| 03/09/08 | Mail Room | 10 Western Union | 069200 | 4579231842 | HARRELL, DEVIN | 30.00 | 200.08 |
| 03/10/08 | Payroll | 20 Payroll Adjustment | 070190 | | P/R month of 02/2008 | 9.86 | 209.94 |
| 03/10/08 | Point of Sale | 60 Commissary | 0707137 | 528729 | Commissary | -55.48 | 154.46 |
| 03/18/08 | Point of Sale | 60 Commissary | 078783 | 529909 | Commissary | -40.75 | 113.71 |
| 03/22/08 | Mail Room | 10 Western Union | 082200 | 5164461014 | HARRELL, DEVIN | 40.00 | 153.71 |
| 04/01/08 | Mail Room | 10 Western Union | 092200 | 4432708512 | COLEMAN, ELIZABETH | 100.00 | 253.71 |
| 04/03/08 | Disbursements | 88 for filing fee | 094390 | Chk #139683 | C0403022, Clerk Of The U.S. Di, Inv. Date: 04/03/2008 | -5.00 | 248.71 |
| 04/07/08 | Payroll | 20 Payroll Adjustment | 098190 | | P/R month of 03/2008 | 8.16 | 256.87 |
| 04/08/08 | Disbursements | 80 Postage | 099390 | Chk #139776 | C0403022, DOC: 523 Fund Inmate, Inv. Date: 04/03/2008 | -9.40 | 247.47 |
| 04/08/08 | Point of Sale | 60 Commissary | 0997137 | 531799 | Commissary | -4.11 | 243.36 |
| 04/15/08 | Point of Sale | 60 Commissary | 106781 | 532780 | Commissary | -73.18 | 170.18 |

| | | |
|---|---|---|
| Total Inmate Funds: | | 170.18 |
| Less Funds Held For Orders: | | .00 |
| Less Funds Restricted: | | .00 |
| Funds Available: | | 170.18 |
| Total Furloughs: | | .00 |
| Total Voluntary Restitutions: | | .00 |