# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| United States ex rel. Milton Jones v. Terry McCann | 08 C 2057 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Respondent Warden Terry McCann

| | |
|---|---|
| NAME (Type or print) | |
| | Jay Paul Hoffmann |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| | s/Jay Paul Hoffmann |
| FIRM | |
| | Illinois Attorney General's Office |
| STREET ADDRESS | |
| | 100 W. Randolph Street, 12th Floor |
| CITY/STATE/ZIP | |
| | Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| IL 6204296 | 312-814-3421 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. MILTON JONES, | ) ) ) | No. 08 C 2057 |
| Petitioner, | ) ) | |
| vs. | ) ) | The Honorable Elaine E. Bucklo, |
| TERRY McCANN, Warden | ) ) | Judge Presiding. |
| Respondent. | ) | |

**CERTIFICATE OF ELECTRONIC FILING**

I hereby certify that on May 8, 2008, I electronically filed the attached APPEARANCE with the Clerk of Court using the CM/ECF system. I also certify that on May 8, 2008, I mailed by United States Postal Service, the above referenced Appearance and a Notice to the following non-registered participant:

Milton Jones, Inmate R29598
Route 53
P.O. Box 112
Joliet, Illinois 60434

    Respectfully submitted,
    s/ Jay Paul Hoffmann
    A.A.G. JAY PAUL HOFFMANN
    100 West Randolph Street, 12th Floor
    Chicago, Illinois 60601
    Phone: (312) 814-3421
    FAX: (312) 814-2253
    E-mail: jhoffmann@atg.state.il.us
    Att.Reg.No.: 6204296