IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES of AMERICA ex rel. ANDREW SUH, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 03 C 7014 |
| STEPHEN MOTE, Warden, | ) ) | The Honorable Rebecca R. Pallmeyer, |
| Respondent. | ) | Judge Presiding |

## NOTICE OF MOTION

TO:  Carol A. Hogan              Mark DeMonte
     JONES DAY                   JONES DAY
     77 West Wacker, Suite 3500  77 West Wacker, Suite 3500
     Chicago, Illinois 60601     Chicago, Illinois 60601

     Alicia M. Hawley             Justin K. Schwartz
     1000 West Leland, 7A         John Marshall Law School
     Chicago, Illinois 60640      315 South Plymouth Court, Room 315M
                                  Chicago, Illinois 60604

On January 2, 2008 at 8:45 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Rebecca R. Pallmeyer, Room 2119, or any judge sitting in her stead in the courtroom usually occupied by him at 219 South Dearborn Street, Chicago, Illinois and present the attached RESPONDENT'S MOTION TO QUASH SUBPOENAS.

                                    LISA MADIGAN
                                    Attorney General of Illinois

                              By:   s/ Jay Paul Hoffmann
                                    JAY PAUL HOFFMANN
                                    Assistant Attorney General
                                    100 W. Randolph Street, 12th Floor
                                    Chicago, Illinois 60601
                                    (312) 814-3421
                                    FAX: (312) 814-2253

E-mail: jhoffmann@atg.state.il.us
Att.Reg.No.: 6204296

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES of AMERICA ex rel. ANDREW SUH, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 03 C 7014 |
| STEPHEN MOTE, Warden, | ) ) | The Honorable Rebecca R. Pallmeyer, |
| Respondent. | ) | Judge Presiding |

**CERTIFICATE OF ELECTRONIC FILING AND SERVICE**

I certify that on December 21, 2007, I electronically filed respondent's NOTICE OF MOTION with the Clerk of Court for filing and uploading to the CM/ECF system, which will send notification to the following: petitioner's counsel Mark William Demonte, Alicia Marie Hawley, Carol A. Hogan, and Justin Koslan Schwartz.

                                              LISA MADIGAN
                                              Attorney General of Illinois

                                By:  s/Jay Paul Hoffmann
                                       JAY PAUL HOFFMANN
                                       Assistant Attorney General
                                       100 West Randolph Street, 12th Floor
                                       Chicago, Illinois 60601
                                       PHONE: (312) 814-8826
                                       FAX: (312) 814-2253
                                       EMAIL: jhoffmann@atg.state.il.us