IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. MILTON JONES, | ) ) ) | No. 08 C 2057 |
| Petitioner, | ) ) | |
| vs. | ) ) | The Honorable Elaine E. Bucklo, |
| TERRY McCANN, Warden | ) ) | Judge Presiding. |
| Respondent. | ) | |

**NOTICE OF MOTION**

TO:  Milton Jones, #R-29598
   Route 53
   P.O. Box 112
   Joliet, Illinois 60434

   On May 13, 2008 at 9:30 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Elaine E. Bucklo, Room 1441, or any judge sitting in her stead in the courtroom usually occupied by her at 219 South Dearborn Street, Chicago, Illinois and present the attached MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO THE PETITION FOR WRIT OF HABEAS CORPUS.

                    LISA MADIGAN
                    Attorney General of Illinois

         BY:   s/ JAY PAUL HOFFMANN
                    JAY PAUL HOFFMANN
                    Assistant Attorney General
                    100 W. Randolph Street, 12th Floor
                    Chicago, Illinois  60601
                    (312) 814-3421
                    FAX: (312) 814-2253
                    E-mail: jhoffmann@atg.state.il.us
                    Att.Reg.No.: 6204296