MHW

FILED
5-28-2008
MAY 2 8 2008
JUDGE ELAINE E. BUCKLO
UNITED STATES DISTRICT COURT

MILTON JONES R29598
⸺VILLE CORR. CENTER.
P.O. BOX 112
JOLIET IL. 60434

CASE NO.
~~01-CR-18654~~-01

08C 2057

08cv 2057

Dear Reader,

    I write to you today and hope for your help in finding my innocents. I Milton Jones (DJ Milton) was charge with first degree murder of Patrick Banks and the aggravated kidnaping of Patrick Banks, Lolita Sierra, and M.C. Jones, based on events that occurred on June 25,1999. After a jury trial, Milton Jones was found guilty of first degree murder of Patrick Banks and aggravated kidnaping of Lolita Sierra and M.C. Jones and I was sentenced to consecutive terms of 25 years, 6 years, and 6 years, respectively. After being notified on june 28, 2001, that i was being sought by police,I turned myself in on June 29,2001. I have been a Disc-Jockey for over 14 years up to 2001. I had a business partner name Deeon Boyd (DJ Deeon) We would work events all over the country but mostly in Chicago. In 1998 I moved to Cedar Rapids Iowa with my wife and five children. On June 24,1999 Me and a friend name Ricky Chambers he lives in Iowa and was with me the whole time that we was in Chicago. We went on a business trip to Lombard Il. to pick up some Hot-Mix Tapes and CD's "Sox Park Mob 19" So that me and my business partner Deeon Boyd who lives in Chicago can sell the Mix Tapes and CD's to the record stores all over Chicago. I intended to pick up and distribute the newest release, However, due to an unexpected delay in producttion, Me and Ricky Chambers had to spend the night over my sister apartment who lives at 72nd and Constance Street in Chicago. On June 25, 1999 I awoke to find that my passenger side window to my 1996 white 2 door blazer had been broken and all the Hot-Mix Tapes and CD's had been stolen. Now I feel bad about the death of Patrick Banks and I feel that it's my fault, Because I had to contacted my business partner Deeon Boyd because me and Deeon owned the Hot-Mix Tapes and CD's that was stolen.

1

My business partner Deeon Boyd came over to 72nd and Constance in his 1993 white 4 door suburban with black trim and tinted windows with about 9 other guys. Now Allen Shanklin is my cousin and he was with Deeon, Allen Shanklin was the one that took a rope and tied one end around Lolita Sierra's neck and the other end around M.C. Jones neck, and place them in the back seat of Deeon Boyd white 4 door Suburban. Deeon Boyd was the driver and Allen Shanklin was in the passenger seat, and the other guys took Patrick Banks and put him in a blue 4 door car where he was taking to 35th and state where he was beaten to death. I told my trial Attorney about what had happen and I even gave him pictures, names Deeon address and SSN, and told my Attorney everything and he did not use none of the information that I gave to him. Now Lolita Sierra never seen me before she told the police that the pictures of me that they got out of my truck, She said that she took them and burn them up that's how she knew how I looked, but M.C. Jones knew how I look because I was the one that pick him up from Deeon Boyd at 37th and federal street in Chicago, Deeon Boyd introduced me to M.C. Jones and indicated that M.C. Jones would lead me to the stolen Mix-Tapes and CD's M.C. Jones told me that an individual name "Black Ant" had the Mix-Tapes, Me and M.C. Jones went to "Black Ant" I spoke to "Black Ant" briefly and I agreed to pay him Approximately $150.00 for the Mix-Tapes. Patrick Banks broke the window of my vehicle and with the help from his friend Leo Johnson, Carried the Hot-Mix Tapes to M.C. Jones apartment. M.C. Jones is not related to me Milton Jones. Patrick Banks found a purchaser for the Mix-Tapes, The Mix-Tapes was sold and taken out of the back door of M.C. Jones apartment. Patrick Banks returned with six bags of crack cocaine he received in exchange for the Hot-Mix Tapes. Lolita Sierra stated that She, M.C. Jones, Johnson, and another individual name Joyce smoked the crack cocaine in M.C. Jones apartment. Both M.C. Jones andLolita Sierra testified in Court to using drugs and that their drug use may have affected their ability to remember certain aspects of the incident.

In trial on Cross-Examination, Lolita Sierra said she got in the 4 door white blazer with black trim, She said that she got in the back seat by opening the back door, I had a 2 door with no black trim and you have to pull the seat back to get in the back seat. At trial she also said that after my truck was burglarized she saw me walking around my 4 door truck when she was in the window. She also told the detective that the rope was put on her neck when she was in the jeep, My Attorney ask her about it, She said that's her mistake, My Attorney said why the mistake, The fact that you high right before this happened had nothing to do with your memory, Lolita Sierra stated that it could have. My Attorney ask her, you weren't in any other truck but that one correct? Lolita Sierra said yes. That means that the person that was in the Suburban was the one that kidnaped them. She also stated that it was the same driver both ways, That was Deeon Boyd that was driving Lolita from one place to the other. Lolita Sierra testified that Milton Jones told the other to let Lolita Sierra and M.C. Jones go, and the man who drove to the projects drove them to 71st and Jeffrey in the second white truck, How is that true and I'm the one the drove M.C. Jones back to 71st Street. At trial the state relied on the eyewitness identification testimony of Lolita Sierra and M.C. Jones. The State first presented the testimony of Roberta Banks, Who testified that she was the decedent Patrick Banks' mother, and that Patrick Banks was not living with her at the time of his death. Lolita Sierra testified that, in june of 1999, she and Patrick Banks were living in an apartment above that of his mother, who Patrick Banks saw every day.

On Direct Examination of Roberta Banks, She said that she only see her son once every week or two weeks, and that Patrick Banks was moving around a lot.

I inform my trial Attorney's that I have and had Names, Pictures, Address, and Deeon Boyd SSN, Also all the information of all the people that had did this crime. In trial this case was all about Accountability, Where Patrick Banks was beaten to death by about 14 people and I was the only one charge. I had my family go down to the police station to turn the people in that did the crime, But they told my family to get a Attorney and go down to the State's Attorney's office to make a deal, But that was something that I was not and have not never been able to do. I'm not trying to prove myself not guilty, Because I feel bad and responsable about me having to call my business partner to let him know, His name is Deeon Boyd (DJ DEEON) I had to let him know that are Hot-Mix Tapes and CD's was stolen out of my truck and he came over to were I was with all these people and they Kidnaped and beaten Patrick Banks to death. I was found not guilty of the kidnapping of Patrick Banks, But guilty of the murder of Patrick Banks, I just would like to bring this case to justice and get a lesser sentence. I was sentence to 37 years for a crime that I did not do. But I know who did the crime and all of what they done. At trial the Jury came out with a <u>Note</u> asking for a Definition of Second Degree Murder." (see Appendix) JJ-121, My Attorney's Mr. Breen said Second Degree Murder is not an issue in this case, Without asking the Court for a lesser Jury Instruction. Also my Attorney would not allow me to make a deal with the State's Attorney's. I need someone that will work with the State's Attorney's to prove my innocents. All this information was giving to my trial Attorney's, But they never used it at my trial.

**APPENDIX**

```
 1  exhibits forward.
 2          THE SHERIFF:  All rise for the jury.
 3              (Whereupon, the Court gave its attention
 4              to other matters, after which the
 5              following proceedings were had; to-wit:)
 6          THE COURT:  All right.  The first note came
 7  at 2:50.  They wanted transcripts.  And my answer was:
 8  Transcripts of testimony are not available.  Please,
 9  continue to deliberate and arrive at your verdict.
10  They wanted trial transcripts.
11          And the next report, they wanted police
12  reports, and statements.  They wanted copies of it.
13  And I said:  Please, continue to -- police reports are
14  not evidence.  You heard the evidence, and statements.
15  Please, continue to deliberate and arrive at your
16  verdict.
17          We have another note.  This note states:
18  "Can we please have a definition of second degree
19  murder."
20          MR. BREEN:  Second degree murder is not an
21  issue in this case.
22          THE COURT:  All right.
23          MR. PRUSAK:  You can say, you have your
24  instructions.  Please, keep deliberating.
```

This Information will prove that
MILTON JONES, AND DEEON BOYD
Business Partner
Up to June 29, 2001
(DJ MILTON) (DJ DEEON)

Business Card



All the other information, The Prison would not let it in because it had Deeon Boyd Social Sec # on it. But that information was sent back to my Mother, Her name is Chavella Jones 708-868-4338 509 155th Street Calumet City Il. 60409

C 1057

STATEVILLE Correctional Center

We returned the below listed mail for the following reason, see item checked.

Resident's Name: Milton Jones  Number: B29595  Date: 5/15/8

Sender's Name: Chabella Jones  Address: 509 E. 155th Calumet City IL 60409

( ) Cash, personal checks, stamped envelopes, and / or postage stamps. Send money orders or cashier's check.

( ) Money order is not properly filled in. Money order is in blank and / or needs check protector amount. Money order has been altered or tampered with.

( ) Stationary, paper, unused greeting cards, travel tickets, and / or road maps.

( ) Decals, posters, contracts, spirals, pens and / or pencils.

( ) Hard plastic cards, pictures with backings, nude pictures, negatives, slides and / or pictures over 8" X 10" in size.

( ) Dried flowers, weeds, self adhesive stickers, cologne, perfume, napkins and / or jewelry.

( ) Cloth, ribbon, yarn, clothing, and / or food items.

( ) Residents are not permitted to correspond with residents of penal institutions without the approval of both Wardens.

( ) Residents are not permitted to correspond with former residents of this institution without prior approval of Warden and Parole Officer.

( ) No enclosed communication from residents of other institutions.

( ) Items being returned are forbidden by institutional regulations.

( ) Other: Other person's Social Sec # E6.

DCA 7876  (EFF. 5/95)
IL 426-01538

Number

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

In the Matter of                                                      Case Number:
United States ex rel. Milton Jones v. Terry McCann         08 C 2057

Honorable Elaine E. Bucklo,

    I write to you today and hoping that you may take the time out to read the information that I have sent to you. I'm not trying to put on a fight in this case, I'm just trying to work with the State's Attorney and help bring forth the people that did this crime, and hoping to get a lesser sentence for proving my innocents. Mr. Judge I write to you because I don't know that anybody will listen to me tell the truth about what happen in this case. My trial Attorney would not let me work with the State or make a deal with the State's Attorney. Thank you for taking the time out to read this information.

*Milton Jones*
Milton Jones R29598
Stateville Corr. Center
P.O. BOX 112
Joliet Il. 60434