UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Milton Jones
                Plaintiff,

v.                                       Case No.: 1:08–cv–02057
                                             Honorable Elaine E. Bucklo

Terry McCann
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 8, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:The petitioner has until 8/8/08 to file a reply in support of his petition for habeas corpus. Target date for ruling by mail set for 9/22/08. Status hearing set for 7/9/08 is now vacated.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.