IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JUL 1 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ) <br> MILTON JONES ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> TERRY McCANN, Warden ) <br> ) <br> Respondent, ) <br> ) | No. 08 C 2057 <br><br> The Honorable <br> Elaine E. Bucklo, <br> Judge Presiding |

### MOTION FOR PLEAD TO THE PETITION FOR WRIT OF HABEAS CORPUS

NOW COMES PETITIONER, Milton Jones #R29598, PRO SE,

Moves this Court to Grant Petitioner, Writ of Habeas Corpus.

An affidavit in support of this motion is attached.

Respectfully submitted,

BY: _Milton Jones R29598_
Milton Jones R29598 Pro se
Stateville Corr. Center.
P.O. BOX 112
Joliet Il. 60434