| STATE OF ILLINOIS | ) |
|---|---|
| | )SS |
| COUNTY OF COOK | ) |

**FILED**

JUL 18 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### AFFIDAVIT

I, Milton Jones, being duly sworn upon oath, depose and state:

1. I am the Pro se Petitioner, in this case.

2. Respondent Motion for extension of time from May 13, 2008 to June 27, 2008, in which to file a responsive pleading in this cause, was due on June 27, 2008. is past due.

3. I have sent Attorney Jay Paul Hoffmann, A letter, and Affidavit, letting him know that I was willing to Cooperative and this case, and bring forth everybody that did the Kidnapping of Lolite Sierra, and MC Jones, that led up to the murder of Patrick Banks.

4. I also informed him about how my Trial attorney failed to put on a defense in my case, because he only used three of the five or six pictures that I gave to him to prove my innocents.

5. Doing trial, The Jury came out with a note Stating: "Can we please have a definition of second degree murder." After my Attorney's have been at the bar drinking, they was call back to the Courts, and without informing me about any of the notes that the Jury had sent, my Attorney's told the Jury to keep deliberating, without requesting a lesser Jury instruction from the Courts.

6. My trial Attorney's failed to Subpoena and, or contact other people that was involed in the case to appear in Court at any time or at trial.

-1-

**WHEREFORE,** for the foregoing reasons, Petitioner requests that this Court grant him pleading to the petition for writ of Habeas Corpus.

FURTHER AFFIANT SAYETH NOT.

July 9, 2008

s/ *Milton Jones R29598*
MILTON JONES R29598 PRO SE
STATEVILLE CORR. CENTER.
P.O. BOX 112
JOLIET IL. 60434

UNITED STATES DISTRICT
STATE OF ILLINOIS

CH

**FILED**

A F F I D A V I T
OF
MILTON JONES R29598

08 C 2057

JUL 1 8 2008 MB
JuL 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I, MILTON JONES, AFTER FIRST BEING DULY SWORN UPON HIS OATH DO STATES AS FOLLOW:

1. No one should have to suffer a violent death such as Patrick Banks did. No man shall take the life of another man, That can only be done by our highest, Our father God. Patrick Banks didn't die in an instant with a gunshot wound, or he didn't bleed to death in a hour by a stab wound, Patrick Banks suffered for four days at the hands of Allen Shanklin, and 10 to 14 other Gangster Disciples from 35th Street.

2. The word of God put it in my heart to testify against everybody that play a part in the crime that led up to the Kidnapping and the beaten death of Patrick Banks, The people that I am giving up is the ones the I witness with my own eyes.

3. I, Milton Jones made a phone call to my Business Partner, That is the guy who owns half of the Hot-Mix Tapes that was stolening out of my 1996 white two-door blazer, On June 25, 1999. He was the ringleader in this Case, He bring about 10 to 14 people to were I was 7207 east Constance, He was driving his 1993 white four-door Suburban with black trim, and tinted windows. I know everything about him, Because he was my business partner. The information you need. **Deeon Boyd, 2124 West 72nd Place, Chicago Il. 60636. Phone 773-434-4364 SSN: 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**, He know someone will be coming to him about this Case, and I'm warning you that he is Armed with a Firearm, that's in his Name register to him.

4. I, Milton Jones witness my **Cousin** Allen Shanklin was with Deeon that day and Allen was the one that put A rope around Lolita Sierra and MC Jones neck, I was park right in front of the apartment building and Deeon was park right on the side of the building, and I witness Allen pull them out of the building in put them in the back seat of Deeon 1993 white four-door Suburban, and he got in the passenger seat of Deeon truck, Just like Lolita Sierra said, and Allen was Armed with Deeon hand gun. Now Allen don't have a address because he moves around a lot and he stays in trouble, So you can easily find him by looking up his back ground. They call him bushwick, Now I have a nother Cousin her name is Malinda Sanders her info is 6444 S. King Drive chicago il. 60637. 773- 319- 1311 you can find him by her. Now she was suppose to testify for me at my trial because she was on 35th when Patrick Banks was beaten to death, and because my cousin Allen was one of the guys that was beaten on Patrick Banks, She didn't want to have to choose between me and Allen, So she said her and her friends that seen everything they all said that they was going to stay out of it.

1

UNITED STATES OF AMERICA
STATE OF ILLINOIS

# AFFIDAVIT
## ( CONT'D)

5. Somebody pulled Patrick Banks, Lolita Sierra, and MC Jones out of that apartment, What I am saying that you can't prove it was me Milton Jones. That is the face they attach, Because that is the only face they was offered. Now Lolita Sierra told the police about the pictures of me that they had got out of my Blazer when it was burglarize by Patrick Banks, My Cd bag had some pictures of my djing at one of the parks in Iowa. Now MC Jones knew how I look because I'm the one that bring him back from the projects and took him to "Black Ant" that's the one that bought the Mix- Tapes for some crack cocaine, and he was the one that told her that my name was DJ Milton.

6. I, Milton Jones, witness the ones that Kidnapped Patrick Banks, and beat him to death. Draino D. I don't know how to sell his last name, but you can find him also because he has three kids by my Cousin Malinda Sanders her information is in this Affidavit on line 4. her son is name after him and she gets medical from the State, So Draino souldn't be hard to find, and he owns a car lot. But anyway Draino was the one that put Patrick Banks in his Blue 4-door car, and took him to 35th Street. Now nobody ever said anything about the other blue car, The Driver name was Kenneth King, He also help put Patrick Banks in that blue car. All the other guys that was with Deeon Boyd, I don't know they names but I do know once you get Allen Shanklin, He will tell you each and everybody else that was involve.

7. Please understand, That when I came to Chicago on June 24, 1999 I was not be myself. I had one of my Hip-Hop Artist with me, He live in Cedar Rapids Iowa where I live at. His name is Ricky Chambers, He may not know any of there names but he do know what happen that day , And he know everything that happen because he was with me the whole time that I was in Chicago.

8. I, Milton Jones have pictures of everyone that I have named in this Affidavit, The first set of pictures I gave them to my trial Attorney, It was about five or six pictures that I gave to him, and for me to give him them pictures that means that I also told him what had happen everything that I told him was the truth, and that's the only person I told it to. Now out of all them pictures that I gave to my Attorney, He only used three of them, That was the pictures of both white SUV trucks, and a picture of Deeon. That tells you right there that my Attorney didn't use the information that I gave him, He wouldn't even let me make a deal with the State. What he do with them other pictures, I don't know, But I say this to let you know that I tried but my Attorney had other plans.

Signed on this 25th day of June ,2008

_Phyllis Baker_

OFFICIAL SEAL
PHYLLIS BAKER
Notary Public - State of Illinois
My Commission Expires Feb 07, 2011

_Milton Jones_
Affiant