IN THE
UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex ral. )<br>MILTON JONES )<br>)<br>    Petitioner, )<br>)<br>vs. )<br>)<br>TERRY McCANN, Warden )<br>)<br>    Respondent, )<br>) | No. 08 C 2057<br><br>THE HONORABLE<br>ELAINE E. BUCKLO<br>JUDGE PRESIDING |

### NOTICE OF MOTION

TO:  Jay Paul Hoffmann
Assistant Attorney General
100 W. Randolph Street, 12th Floor
Chicago, Illinois 60601
Att. Reg. No.: 6204296

**FILED**

JUL 1 8 2008
Jul 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

    On July 9, 2008 at 10:00P.M. or as soon thereafter as Petitioner, may be heard, This Motion is mail out from Stateville Corr. Center. And shall appear before the Honorable Elaine E. Bucklo, Room 1441, or any judge sitting in her stead in the courtroom usually occupied by her at 219 South Dearborn Street, Chicago, Illinois and present the attached MOTION FOR WRIT OF HABEAS CORPUS, AND TWO AFFIDAVIT'S.

BY: *Milton Jones R29598*
MILTON JONES R29598 PRO SE
STATEVILLE CORR. CENTER.
P.O. BOX 112
JOLIET IL. 60434