**F I L E D**

IN THE
UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUL 2 2 2008 MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. )<br>MILTON JONES )<br> )<br>    Petitioner, )<br> )<br>      vs. )<br> )<br>TERRY McCANN, Warden )<br> )<br>    Respondent, )<br> )<br> ) | No. 08 C 2057<br><br>THE HONORABLE<br>ELAINE E. BUCKLO<br>JUDGE PRESIDING |

## NOTICE OF FILING

**TO: Honorable Elaine E. Bucklo**
    219 South Dearborn Street,
    Chicago Il. 60604

**TO: Jay Paul Hoffmann**
    Assistant Attorney General
    100 W. Randolph Street, 12th Floor.
    Chicago Il. 60601
Att. Reg. No.: 6204296


        On July 14, 2008 at 10:00pm or as soon thereafter as Petitioner,
may be heard, This Reply Notice is mail out from Stateville Corr. Center.
And shall appear before the Honorable Elaine E. Bucklo, Room 1441, or
any judge sitting in her stead in the Courtroom usually occupied by her
at 219 south dearborn street, chicago, illinois and present the attached
Notice Reply Notification of Docket Entry.


BY: _Milton Jones R29598_
    MILTON JONES R29598 PRO SE
    STATEVILLE CORR. CENTER.
    P.O. BOX 112
    JOLIET IL. 60434

**FILED**

JUL 2 2 2008 *MB*

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IN THE**
**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

UNITED STATES OF AMERICA ex rel.)
MILTON JONES, )
                   )
       Petitioner, )          No. 08 C 2057
                   )
       vs. )
                   )       The Honorable
TERRY McCANN, Warden )       Elaine E. Bucklo,
                   )       Judge Presiding.
       Respondent, )
                   )

## REPLY NOTIFICATION OF DOCKET ENTRY

This Reply docket entry was made by the Petitioner, On Monday, July 14,2008:

1. On July 14, 2008. I have received a Notification of Docket Entry,
Which expresses that I have until 8/8/08 to file a reply in support of
my Habeas Corpus Petition. However, On Monday May 12, 2008: Respondent's
motion for extension of time[9]until 6/27/08 to file responsive pleading
was granted. And to my knowledge, The Respondent has not done so,Because
Petitioner were never served a copy of the Respondent's response.
Therefore, Petitioner cannot reply, Because Petitioner has nothing to
reply to.

2. Also On 7/9/08 a Status hearing was vacated, What was this Status
hearing about, and why was Petitioner not notied about any hearing.

3. Petitioner, is requesting additional information about this docket
entry that was made by the Clerk on Tuesday, July 8, 2008:

4. On Tuesday May 27, 2008: Petitioner motion for appointment of Counsel
was denied, After Petitioner requested for a Court Order to the
Stateville Corr. Center. Law Library, and did not receive a response.

5. Stateville Corr Center: has been on lockdown from 6/27/08, and is
always on lockdown, and that makes it very hard for Petitioner to
obtain assistance in his case.

6. Petitioner is still waiting on the Court's to serve him a file copy of his Habeas Corpus Petition.

7. In Respondent's Notice of Motion States: **MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO THE PETITION FOR WRIT OF HABEAS CORPUS. 5. THIS REQUEST IS MADE IN GOOD FAITH AND NOT FOR THE PURPOSE OF DELAY.**

8. Petitioner has mail out information to over 50 PRO BONO Attorney's, and have lots of letters back deniealing him assistance. The letter's are availableto the Court's on request.

**WHEREFORE**, for the foregoing reasons, Petitioner, requests that this Court grant his writ of Habeas Corpus Petition in this instant case.

July 14, 2008

s/ *Milton Jones R29598*
MILTON JONES R29598 PRO SE
STATEVILLE CORR. CENTER.
P.O. BOX 112
JOLIET IL. 60434