IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
7-28-2008
JUL 2 8 2008
MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. MILTON JONES ) ) ) | |
| Petitioner, ) | No. 08 C 2057 |
| ) ) | |
| v. ) | The Honorable Elaine E. Bucklo, |
| ) | Judge Presiding. |
| TERRY McCANN, ) ) | |
| Respondent, ) ) | |

**MOTION FOR EXTENSION OF TIME TO REPLY TO RESPONDENT ANSWER,
AND A REQUEST FOR A COURT ORDER TO THE LAW LIBRARY**

NOW COMES PETITIONER, Milton Jones R29598. PRO SE, and moves this Court for a Ninety(90) day extension of time from July 23, 2008. to October 20, 2008, in which to file a reply to respondent's Answer. STATEVILLE CORR. CENTER IS ON A LEVEL ONE LOCKDOWN.

An affidavit in support of this motion is attached.

Respectfully submitted,

BY: *Milton Jones R29598*
Milton Jones R29598 PRO SE
Stateville Corr. Center.
P.O. BOX 112
Joliet Il. 60434

STATE OF ILLINOIS )
                  ) SS
COUNTY OF COOK    )

## AFFIDAVIT

I, Milton Jones, being first duly sworn upon oath, depose and state:

1. Petitioner reply is currently due on August 8, 2008. This is petitioner's first request for an extension of time in this action.

2. Petitioner received Respondent's Answer from Lisa Madigan on July 17, 2008. **LEGAL MAIL RECEIPT IS ATTACHED WITH THIS AFFIDAVIT.**

3. On page 1 of 27 of Respondent's Answer, **STATES:** BACKGROUND 1. Petitioner Milton Jones is identified as prisoner **R29598** and is in the custody of Terry McCann, Warden of Stateville Corr. Center in Joliet Il. But on a very big envelope that Petitioner received with Respondent's answer was lable as Petitioner's name and a false #K51342 and was sent to Dixon CC, Document is attached.

4. Stateville CC, went on Lockdown June 27, 2008, and came off on Thursday July 17, 2008, and went right back on Lockdown Saturday July 19, 2008, This Lockdown will last for a very long time because of a Staff Assault, and Petitioner, and all other inmates have to be in the Cell 24hours a day, intill the Lockdown is over with.

5. Petitioner has a Legal Box in the Law Library, under Line 13 R29598, in that Box is all Petitioner legal documents that he needs to reply to his Petition, and the only way to get to them documents, is when Stateville CC go on a level four Lockdown, and Petitioner needs a Court order to do that. Right now Stateville CC is on a Level one Lockdown.

-1-

6.  Petitioner also have to get Assistance from the Law Library to look up case law and Petitioner has a list of words out of respondent's Answer that has to be look up in a Law Dictionary, before petitioner can understand what the respondent's answer is saying, petitioner have a list waiting to get the definitions of these words from the Law Library.

7.  On page 13 of 27 of respondent's Answer, States about the psychiatrist that examined petitioner, but respondent's lift out the part about petitioner having a learning disorder.

8.  Petitioner neighbor who perpared his Habeas Corpus petition, has been moved to another cell, and Petitioner do not have anyone on the same gallery he's on to help him.

9.  This request is made in good faith and not for the purpose of delay. Petitioner do not know how long Stateville CC will be on Lockdown.

**WHEREFORE,** for the foregoing reasons, petitioner request that this Court grant him an extension of time up to and including October 20, 2008, in which to reply, and also grant him a Court Order to the Law Library. FURTHER AFFIANT SAYETH NOT.

s/ *Milton Jones R29598*
Milton Jones R29598 PRO SE
Stateville Corr. Center.
P.O. BOX 112
Joliet Il. 60434

-2-

## LIST OF DEFINITIONS NEEDED FOR EACH WORD

1. PLA
2. incompleteness
3. inaccuracies
4. exhausted
5. barred
6. pursued
7. defaulted
8. collateral action
9. appropriate
10. subsequent PLA
11. inadequate inquiry
12. forfeited
13. miscarriage of justice
14. impediment
15. dimensions
16. concededly meritorious
17. prevail
18. exception
19. paginated
20. external impediment
21. analysis
22. exaggerating
23. distorting
24. exculpatory witnesses
25. opposed
26. bolstered
27. bald
28. reassertion
29. assailants
30. ligature marks
31. black letter law
32. impeached
33. documentary, biological
34. indistinguishable
35. rebutted
36. adjudication
37. presumption
38. highly probable
39. distinct
40. potential
41. reliance
42. evaluation
43. compelled
44. tactical
45. sufficiently
46. specific acts, <u>omissions</u>
47. evaluates
48. analyzed
49. objectively unreasonable manner
50. litigation

THIS IS A LIST OF EVER WORD THAT"S IN Respondent's Answer, Petitioner have to get the definition of these words so he may have a full understanding of what respondent's is saying in this Answer, that petitioner has to reply to.

-3-



LEGAL MAIL RECEIPT                            ( ✓ ) PACKAGE

STATEVILLE CORRECTIONAL CENTER, JOLIET, IL 60434

RESIDENT  Jones, M     REGISTER NO. R89598    LOCATION  C 10-57

FROM MAIL OFFICE _____    DATE 7/17/08   RE-ROUTE _____

LEGAL MAIL FROM: _____ Lisa Madigan _____

SIGNATURES: _____    DATE  7-17-08
            OFFICER HANDING OUT LEGAL MAIL
            _____    DATE  7-17-08
            INMATE RECEIVING LEGAL MAIL

( ) CERTIFIED    ( ) EXPRESS    ( ) FED EX    ( ) UPS    ( ) DELIVERY CONFIRMATION

PLEASE RETURN THIS FORM TO THE MAIL OFFICE. THANK YOU.

IL 426-9289
DCA-16174