MHM

ORg

## IN THE
## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. MILTON JONES R29598 | ) ) ) | |
| Petitioner, | ) ) | No. 08 C 2057 |
| v. | ) ) | |
| TERRY McCANN, | ) ) ) | The Honorable Elaine E. Bucklo, Judge Presiding. |
| Respondent, | ) ) | |

---

## NOTICE OF MOTION AND REQUEST

TO:  **Honorable Elaine E. Bucklo**
Courtroom 1441
219 South Dearborn Street,
Chicago Il. 60604

TO:  **Jay Paul Hoffmann**
Assistant Attorney General
100 W. Randolph Street, 12th Floor.
Chicago Il. 60601
Att. Reg. No. 6204296

**F I L E D**
7-28-2008
JUL 2 8 2008
MD
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

On July 23, 2008. at 10:00pm or as soon thereafter as Petitioner's Notice of Motion is mail out from Stateville Corr. Center. And shall appear before the Honorable Elaine E. Bucklo, Room 1441, or any Judge sitting in her stead in the Courtroom usually occupied by her at 219 South Dearborn Street, Chicago Il. and present the attached MOTION FOR EXTENSION OF TIME TO REPLY, AND REQUEST FOR COURT ORDER TO LAW LIBRARY.

BY:  *Milton Jones R29598*
MILTON JONES R29598 PRO SE
STATEVILLE CORR. CENTER.
P.O. BOX 112
JOLIET IL. 60434