### UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Milton Jones

               Plaintiff,

v.                                                      Case No.: 1:08−cv−02057

                                      Honorable Elaine E. Bucklo

Terry McCann

               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 5, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:Motion [18] is terminated as moot. The petitioner's motion for extension of time until 10/20/08 to file reply [22] on petition for habeas corpus is granted. Target date for ruling by mail reset for 11/21/08.The Petitioner's request for an order for the law library is denied for lack of authority.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.