CASE 1:08-cv-02057                    Dated 8/18/08

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
AUG 2 6 2008
AUG 26 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA ex rel.      )
MILTON JONES #R29598                  )
                                      )
         Petitioner,                  )   NO: 1:08-cv-02057
                                      )
         v.                           )
                                      )   The Honorable
                                      )   Elaine E. Bucklo,
TERRY McCANN, WARDEN.                 )   Judge Presiding.
                                      )
         Respondent,                  )

### NOTICE OF FILING

**TO:** Honorable Elaine E. Bucklo,
Courtroom 1441
219 South Dearborn Street,
Chicago Il. 60604

**TO:** Lisa Madigan
Attorney General
100 West Randolph Street.
Chicago Il. 60601

  August 2008. at or as soon thereafter, Petitioner Notice of **Exhibit's** for all the Motions he have filed is mail out from Stateville CC. and Shall appear before the Honorable Elaine E. Bucklo, Room 1441, or any Judge sitting in her stand in the Court room usually occupied by her at 219 S Dearborn Street, Chicago Il. Also (1)One Copy is Mailed out to Lisa Madigan, At the above Address.

BY: /s/ Milton Jones
MILTON JONES R29598
STATEVILLE CC.
P.O. BOX 112
JOLIET IL. 60434


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

AUG 2 6 2008
AUG 26 2008
MICHAEL W DOBBINS
CLERK, U.S. DISTRICT COURT

Milton Jones #R29598

        Petitioner,

V.

Terry McCann Warden,

        Defendant.

Case No.: 1:08-cv-02057

Honorable Elaine E. Bucklo

### MORE EXHIBITS FOR ALL THE MOTIONS PETITIONER HAS FILED

Now Comes Petitioner, Milton Jones #R29598. Pro-Se, and request this Court to review these Exhibits, That Petitioner has and some of which Petitioner did not have at the time of filing his Motions.

An Affidavit in support of these Exhibits is attached.

Respectfully Submitted,

BY: *Milton Jones*
Milton Jones #R29598 Pro Se
P.O. BOX 112
Joliet IL. 60434

STATE OF ILLINOIS

COUNTY OF COOK

### AFFIDAVIT

I, Milton Jones, being first duly sworn upon oath, depose and state:

1) On May 8, 2008. Respondent filed a Motion for an extension of time up to and including June 27, 2008, in which to **Answer or otherwise plead in the instant Case. See (Exhibit-A)**

B. On Monday, May 12, 2008. Respondent's Motion for extension of time until 6/27/08 was **Granted. See (Exhibit-B)**

C. On July 17, 2008. Petitioner received Respondent's Answer and the envelop showed that respondent'd used a false ID#K51342, to daley Petitioner from receiving the answer on time of there deadline, and Petitioner Request that his Habeas Corpus Petition be Granted. **See (Exhibit-C)**

2) Thank you for Granting Petitioner Motion for Extension of time, and GOD BLESS YOU.

### COURT ORDER FOR LAW LIBRARY

3) On Tuesday, August 5, 2008, Request was denied for lack of Authority. Petitioner went to the Law Library on 8/11/08. and the law Clerk Ms. Winter's will not help Petitioner with the information he needed, Case Law, and Documents to give to the Court's about inmates not getting to there Legal Boxes that are Housed in the Library. Also the next day, Stateville went back on Lockdown, Now we are off, and Ms. Winter's will not respect petitioner new Court deadlines. and She will not tell petitioner when she will have the supples to print out Case Law. For Lack of Authority **See(Exhibit-D)**

4)   On August 8, 2008, Petitioner filed a **MOTION TO STATE PROCEEDINGS**, Because of Stateville mailroom, Petitioner had just recieved the Second Post-Conviction Petition, and also was denied by the Law Library for a Notary, So Petitioner had to call on the Cell House Counselor Mr. Mansfield, A very good person that helps the inmates with there needs if he can help. **See(Exhibit-E)**

   A.   Petitioner also recieved a receipt from Mr. Hill, to the (Mother) Chavella Jones of Petitioner. Mr. Hill, is a PARALEGAL, and was hirer by Petitioner, Mother, and which Mr.Hill had put together A Post-Conviction for Petitioner,and his Mother. **See(Exhibit-F)**

   B.   Because of all the Lockdowns, and the lack of being able to get to the Law Library, Petitioner will never be able to prove his Innocents. Only by this Second Post-Conviction that Mr. Hill had Done for the Family of the Petitioner.

   C.   Petitioner Mother also mailed him an Affidavit stating that she had hirer Mr. Hill, And Petitioner will send it as soon as Stateville Mailroom give it to him. **See (Exhibit-G) New**

   D.   The Post-Conviction Petition is available to the Court's upon request from Petitioner.


   **WHEREFORE,** For the foregoing reason, and Exhibit's, Petitioner request to the Court's to Grant Summary Judgement on the Motions, and Exhibit's that was filed. Thank you, and God Bless You.

FURTHER AFFIANT SAYETH NOT.


s/ *Milton Jones*
MILTON JONES R29598 PRO SE
STATEVILLE CORR. CENTER.
P.O. BOX 112
JOLIET IL. 60434

5. This request is made in good faith and not for the purpose of delay.

**WHEREFORE,** for the foregoing reasons, respondent requests that this Court grant him an extension of time up to and including June 27, 2008, in which to answer or otherwise plead in the instant case.

FURTHER AFFIANT SAYETH NOT.

May 8, 2008

s/ Jay Paul Hoffmann
JAY PAUL HOFFMANN
Assistance Attorney General
100 W. Randolph Street, 12th Floor
Chicago, Illinois 60601
(312) 814-3421
FAX: (312) 814-2253
E-mail: jhoffmann@atg.state.il.us
Att.Reg.No.: 6204296

2

Exhibit - A

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Milton Jones

                  Plaintiff,

v.

                                Case No.: 1:08-cv-02057
                                Honorable Elaine E. Bucklo

Terry McCann

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 12, 2008:

    MINUTE entry before Judge Honorable Elaine E. Bucklo:Respondent's motion for extension of time [9] until 6/27/08 to file responsive pleading is granted.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

Exhibit-B

CASE 1:08-cv-02057                                           Dated 07/20/08    5 of 5



Exhibit-G

(✓) PACKAGE

## LEGAL MAIL RECEIPT

### STATEVILLE CORRECTIONAL CENTER, JOLIET, IL 60434

RESIDENT __Jones, M__   REGISTER NO. __R2159__   LOCATION __C 10-57__

FROM MAIL OFFICE            DATE __7/17/08__   RE-ROUTE _____

LEGAL MAIL FROM: __Lisa Madigan__

SIGNATURES: _____   DATE __7-17-08__
   OFFICER HANDING OUT LEGAL MAIL

_____   DATE __7-17-08__
   INMATE RECEIVING LEGAL MAIL

( ) CERTIFIED   ( ) EXPRESS   ( ) FED EX   ( ) UPS   ( ) DELIVERY CONFIRMATION

PLEASE RETURN THIS FORM TO THE MAIL OFFICE. THANK YOU.

IL 426-9289
DCA-16174



**Illinois**
Department of
**Corrections**

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

Stateville Correctional Center / Rt. 53 / P.O. Box 112 / Joliet, IL 60434 / Telephone: (815) 727-3607 / TDD: (800) 526-0844

To:   R29598 Milton Jones

From:  David Mansfield,
       Correctional Counselor II

Date: August 13, 2008

RE:   2008 Lockdown Dates

The facility was on lockdown during the dates listed below:

January 13 through February 9

February 15 through February 25

February 28 through February 29

March 20 through April 18

April 24 through April 25

May 15 through May 17

June 15 through June 19

June 27 through August 6

August 12 through present

Library call passes are not issued during lockdown.

ExhiBit - D



```
        MILTON JONES R29598
         C-House Cell 1057
```

Dear Mansfield,                                            8/17/08

Can you Please come over and pickup my Legal Documents, and take it to the Law Library to get a NOTARY, please, I only have Five pages that need to be NOTARY, and I have to have them put in the mail this week, So they can be filed before Friday.

---

### LEGAL DOCUMENTS FROM MAILROOM

TRACKING NUMBER: 03063030000259663491 (PRIORITY)

It got here August 5th 2008 7:00am (Trial Transcripts)

Came from (Mother) Chavella Jones 509 155th Street, Calumet City
Il. 60409.

I got all my other Legal Documents.

8/18
Thank You, and GOD BLESS YOU. *I can pick up the documents tomorrow. According to the Mailroom the package was returned to sender because it was sent in a box. The Mailroom does not process mail sent in boxes.*

*Milton Jones*
*Counselor Mansfield*

### Exhibit - E



*Para-Legs* SM©

LITIGATION SUPPORT SERVICE

7/18/08

HENRY C. HILL
Paralegal
312-782-1961 wk
cell # 708-439-1206
Para-Legs 773 783-3200

To: Chazella Jones

RE: Post-Conviction / 2-1401

Retainer: 150⁰⁰ / 75⁰⁰ paid H.H.

Total 600
     − 150
Due $450⁰⁰

H.H.
8/1/08

Exhibit-F

## Affidavit
## Chanella Jones

I /Chanella Jones/ after first being duly sworn upon oath do state as follows

(1) I am the mother of the petitioner / Milton Jones and I have hired Henry Hill to prepare a second post conviction to the state court.

Subscribed and sworn to before me this 11th day of August 2008 at Calumet City, County of Cook, State of Illinois.

Notary Public Ki Blakely

OFFICIAL SEAL
KI BLAKELY
Notary Public - State of Illinois
My Commission Expires Jun 15, 2011

Exhibit-G